UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JERMAINE MCGINNIS,
          Plaintiff,

v.

ORANGE COUNTY; CORRECTION
OFFICER BANDES, Badge #105 or #106;
CORRECTION OFFICER M. CARTER, Badge
#339; CORRECTION OFFICER
DONAHOUGH; and CORRECTION OFFICER
D. POWEL,
          Defendants.
--------------------------------------------------------------x



**ORDER**

22 CV 3335 (VB)

Copies Mailed/Faxed 8-5-22
Chambers of Vincent L. Briccetti

      Plaintiff, who is proceeding pro se and in forma pauperis, commenced this action by filing a complaint. (Doc. #1).

      On July 21, 2022, the Court issued an Order pursuant to Valentin v. Dinkens, 121 F.3d 72 (2d Cir. 1997), directing the Orange County Attorney to identify defendant C.O. D. Powel and to provide service addresses for C.O. D. Powel and C.O. M. Carter. (Doc. #23).

      On July 25, 2022, the Court received a letter from defense counsel identifying C.O. D. Powel as C.O. D. Powles and providing service addresses for defendants C.O. Michael Carter and C.O. D. Powles. (Doc. #26).

      Thus, the Clerk is instructed to fill out a U.S. Marshals Service Process Receipt and Return form for C.O. Michael Carter and C.O. D. Powles, both with the address of Orange County Correctional Facility, 110 Wells Farm Road, Goshen, New York 10924, and further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants.

      The Clerk is further instructed to substitute C.O. D. Powles for defendant Correction Officer D. Powel.

1

Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: August 5, 2022
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge