Copies Mailed/Faxed 10-3-22
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JERMAINE MCGINNIS,
          Plaintiff,

v.

ORANGE COUNTY; CORRECTION
OFFICER BANDES, Badge #105 or #106;
CORRECTION OFFICER M. CARTER, Badge
#339; CORRECTION OFFICER
DONAHOUGH; and CORRECTION OFFICER
D. POWEL,
          Defendants.
------------------------------------------------------------x

**ORDER**

22 CV 3335 (VB)

      On September 12, 2022, the Court's mailings to plaintiff of the Court's order dated August 23, 2022 (Doc. #34), the order denying without prejudice defendants' motion to dismiss dated August 5, 2022 (Doc. #32), and the order of service dated August 5, 2022 (Doc. #31), were returned and marked "Return to Sender Not Deliverable as Addressed Unable to Forward." The Court mailed copies of the orders to plaintiff at the address listed on his complaint, 140 Old Orangeburge Road, Orangeburg, NY 10962 (See Doc. #1), and the return address on the envelopes containing his letters received on June 24, 2022, Rockland Psychiatric Center, Business Office, Orangeburg, NY 10962. (See Docs. ##14–16). The Court previously mailed the August 5, 2022, orders to the address listed on plaintiff's complaint, which were returned on August 22, 2022. (Doc. #34.)

      By order dated August 23, 2022, the Court directed plaintiff to complete and return the notice of change of address form by September 23, 2022. (Id.) Plaintiff has not complied.

      **It is plaintiff's obligation to provide the Court with a current address at which the Court may contact him by mail. Accordingly, plaintiff must complete and return the attached notice of change of address form to the Court by November 3, 2022. If plaintiff fails to do so, the Court will dismiss the case for failure to prosecute and comply with Court orders, pursuant to Fed. R. Civ. P. 41(b).**

1

Chambers will mail a copy of this Order and the attached notice of change of address form to plaintiff at the addresses listed above.

Dated: October 3, 2022
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

IH-34                                                                                                          Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_____

(List the full name(s) of the defendant(s)/respondent(s).)

22 CV 3335 (VB)(   )

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

_____
Name (Last, First, MI)

_____
Address          City                    State        Zip Code

_____
Telephone Number        E-mail Address (if available)

_____
Date                    Signature