UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JERMAINE MCGINNIS,
           Plaintiff,

v.

ORANGE COUNTY; CORRECTION
OFFICER BANDES, Badge #105 or #106;
CORRECTION OFFICER M. CARTER, Badge
#339; CORRECTION OFFICER
DONAHOUGH; and CORRECTION OFFICER
D. POWEL,
           Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 3335 (VB)



Copies Mailed/Faxed 4/10/2023
Chambers of Vincent L. Briccetti

    By Order dated November 17, 2022, the Court dismissed this case for failure to prosecute and failure to comply with Court orders. (Doc. #37). By Order dated March 27, 2023, the Court denied plaintiff's request dated March 21, 2023, to reopen this case and reiterated that this case was dismissed on November 17, 2022. (Doc. #39). The case is closed.

    On April 6, 2023, the Court received a motion for reconsideration from plaintiff, who is proceeding pro se and in forma pauperis. (Doc. #40). Plaintiff seeks to reopen this case, stating he was released from the hospital on "August 10th" to his aunt's house, became homeless, and contracted Covid-19. (Id.). Plaintiff also states he was arrested and incarcerated between "11-29-2021-2022 March 3rd" and describes other issues he encountered. (Id.). This does not provide a justification for plaintiff's failure to comply with the Court's Orders dated August 23, 2022 (Doc. #34), and October 3, 2022 (Doc. #35), requiring plaintiff to update his address in writing.

    Further, by Orders dated May 20, 2022 (Doc. #6), and June 1, 2022 (Doc. #10), the Court had previously warned plaintiff that it was his obligation to update the Court of any changes in address in writing and that "the Court may dismiss the action if Plaintiff fails to do so."

1

Accordingly, plaintiff had notice that he was required to update the Court of his address, yet he still failed to do so.

**This case remains closed. Plaintiff's motion contains no basis to reopen the case.**

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: April 10, 2023
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge